```
 1
 2
 3
 4
 5
 6
 7
 8
 9                         UNITED STATES DISTRICT COURT
10                        EASTERN DISTRICT OF CALIFORNIA
11
                                   ----oo0oo----
12
13  LORENA S. ALVARDO, a minor,
    by and through her Guardian
14  ad Litem, LORENA ALVARADO,
                                          NO. CIV. S-06-2193 FCD/GGH
15           Plaintiff,
16       v.                               ORDER
17  DARIN M. CAMARENA HEALTH
    CENTERS, INC.,
18
             Defendant.
19  _____
20                                 ---oo0oo----
21       This case was filed in the Eastern District of California
22  and assigned to the undersigned judge sitting in Sacramento,
23  California.  Upon review of the Complaint and Civil Cover Sheet
24  this suit arose in Madera County, California, the court finds
25  good cause to transfer this action to the Fresno Division.
26       Accordingly, the court makes the following orders:
27       1.   Pursuant to Local Rule 3-120(d),this case is hereby
28  TRANSFERRED to the Fresno Division of this court.
```

     2.   The Clerk's Office is instructed to transfer this file to the Fresno Division.

     3.   Plaintiff's new case number is: 1:06-CV-1381 OWW DLB.

All future filings shall reference this new case number and shall be filed at:

>    United States District Court
>    Eastern District of California
>    Office of the Clerk
>    Room 1501
>    2500 Tulare Street
>    Fresno, CA 93721-1322

     IT IS SO ORDERED.

DATED: October 4, 2006.

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE