UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

LORENA S. ALVARDO, a minor,
by and through her Guardian
ad Litem, LORENA ALVARADO,

        Plaintiff,

  v.

DARIN M. CAMARENA HEALTH
CENTERS, INC.,

        Defendant.
_____

NO. CIV. S-06-2193 FCD/GGH

ORDER

---oo0oo----

This case was filed in the Eastern District of California and assigned to the undersigned judge sitting in Sacramento, California. Upon review of the Complaint and Civil Cover Sheet this suit arose in Madera County, California, the court finds good cause to transfer this action to the Fresno Division.

Accordingly, the court makes the following orders:

1. Pursuant to Local Rule 3-120(d), this case is hereby TRANSFERRED to the Fresno Division of this court.

1      2.   The Clerk's Office is instructed to transfer this file
2  to the Fresno Division.
3      3.   Plaintiff's new case number is:
4      **1: 0 6 - CV - 1 3 8 1 OWW DLB** .
5  All future filings shall reference this new case number and shall
6  be filed at:
7          United States District Court
        Eastern District of California
8          Office of the Clerk
        Room 1501
9          2500 Tulare Street
        Fresno, CA 93721-1322
10
11     IT IS SO ORDERED.
12 DATED: October 4, 2006.
13
14                                /s/ Frank C. Damrell Jr.
                               FRANK C. DAMRELL, Jr.
15                                UNITED STATES DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28